AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Mr. Benjamin Woodhouse
Attorney for Plaintiff
2369 Kronprinsends Gade Ste. #8
Charlotte, VI. 00802
805 478 1958
benjamin.woodhouse@gmail.com
Cal Bar #261361

Central District of California

| | |
|---|---|
| Mr. Benjamin Woodhouse, A resident of the U,S. Virgin Islands, Havensight Capital L.L.C., A U.S. Virgin Islands corporation. <br><br> *Plaintiff(s)* <br><br> The United States Government, the Hon. Stanley Blumenfeld Jr., Acting as a Government Official, a California citizen, the Hon. Gary Klausner, the Hon. Fernando Olguin, Acting as a Government Official, the resident of California, the Hon. Manuel Real, Acting as a Government Official, resident of California, the Hon. Otis Wright, Acting as a Government Official, resident of California, Mr. Daniel Beck, Acting as a Government Official, Acting as a Government Official, resident of California, Ms. Traci Wilkison, Acting as a Government Official, resident of California, Mr. David Harris, Acting as a Government Official, resident of California, Ms. Joanne Osinoff, Acting as a Government Official, and resident of California and resident of California, and Hon. Philip Gutierrez, Acting as a Government Official, and resident of California. <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-00285   CAS <br><br> SUMMONS ON COMPLAINT |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Hon. Gary Klausner
U.S. Attorney Office
312 N. Spring St., Los Angeles, CA 90012

Hon. Stanley Blumenfeld Jr.
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Hon. Fernando Olguin,
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Hon. Manuel Real,
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Hon. Philip Gutierrez,
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Hon. Stanley Blumenfeld Jr.
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Mr. Daniel Beck
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Ms. Joanne Osinoff
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Mr. David Harris
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

Ms. Traci Wilkison
U.S. Attorney Office
312 N Spring St, Los Angeles, CA 90012

AO 440 (Rev. 06/12) Summons in a Civil Action

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. Benjamin Woodhouse
Attorney for Plaintiff
2369 Kronprinsends Gade Ste. #8
Charlotte, VI. 00802
805 478 1958
benjamin.woodhouse@gmail.com Cal Bar #261361

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
KIRY K. GRAY

Date: January 20, 2022

*Signature of Clerk or Deputy Clerk*